Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of ____Illinois____

In re __Anissa Coleman Mosby__,    Case No. __08-10097__
         Debtor

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __74.75__    Check one ☐ With the filing of the petition, or
                            ☑ On or before __5-2-08__

    $ __74.75__    on or before __5-30-08__

    $ __74.75__    on or before __6-20-08__

    $ __74.75__    on or before __7-18-08__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 23 2008
KENNETH S. GARDNER, CLERK
PS REP. - SW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Anissa Coleman Mosby_  _4/23-08_
Signature of Attorney            Date           Signature of Debtor       Date
                                                (In a joint case, both spouses must sign.)

_____
Name of Attorney                                _____  _____
                                                Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____Illinois_____

In re Anissa Coleman Mosby,
           Debtor

Case No. 08-10097

Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                  ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: APR 2 3 2008

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner, Clerk of the Court